FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ADAM PAUL LAXALT
 Attorney General
ROBERT W. DELONG, Bar No. 10022
 Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>    Plaintiff,<br><br>vs.<br><br>PAM DELPORTO, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00599-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  Plaintiff Bruce Birch, appearing *pro* se, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

* * *

DATED this 27 day of December, 2018.

By: _____
Bruce Birch
*Plaintiff, Pro Se*

DATED this 31ST day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 6th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on December 31st, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Bruce Birch #61203
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

_____
An employee of the
Office of the Attorney General